UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO. 08-1628 |
| CURTIS JOHN CONEY, JR. ET AL. | SECTION "C" (2) |

## **ORDER**

The court, after considering the complaint, the record, the applicable law and the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that defendants' Motion to Refer Action to Bankruptcy Court, Record Doc. No. 12, is hereby DENIED.

New Orleans, Louisiana, this 29th day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE